## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 03-228 (FLW) |
| v. | : | **ORDER** |
| LEONARD PAULK | : | |

This matter having opened to the Court by Defendant Leonard Paulk, seeking a judgment of acquittal pursuant to Fed.R.Crim.P. 29(c), or in the alternative, a new trial pursuant to Fed.R.Crim.P. 33; and the Court having reviewed the parties' submissions; and for the reasons set forth in the Memorandum Opinion filed herewith, and for good cause shown,

IT IS on this 27th day of June, 2005,

**ORDERED** that Defendant Leonard Paulk's motion for a judgment of acquittal, or in the alternative, for a new trial, is **DENIED**.

/s/ Freda L. Wolfson
Honorable Freda L. Wolfson
United States District Judge