Case 3:03-cr-00228-FLW   Document 557   Filed 02/23/21   Page 1 of 2 PageID: 2430

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LEONARD PAULK | ) | Case No: 3:03-CR-228-02(FLW) |
| | ) | USM No: 40696-050 |
| Date of Original Judgment: 12/19/2005 | ) | |
| Date of Previous Amended Judgment: _____ | ) | Lawrence S. Lustberg, Esq. |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __Life__ is reduced 300 months **This term is on each of counts one and three, both counts to be served concurrently.**

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __02/19/2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/23/2021

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Freda L. Wolfson, U.S. Chief District Judge
*Printed name and title*

**Additional conditions of Supervised Released imposed:**

**GAMBLING ESTABLISHMENTS RESTRICTION**
You must not enter any gambling establishment without the permission of the U.S. Probation Office and/or the Court.

**GAMBLING RESTRICTIONS AND REGISTRATION ON EXCLUSION LISTS**
You must refrain from all gambling activities, legal or otherwise, to include the purchase or receipt of lottery tickets and internet gambling. You must register on the self-exclusion lists maintained by the New Jersey Casino Control Commission and Racetrack Commission within 60 days of the commencement of supervision and remain on these lists for the duration of supervision. The U.S. Probation Office will supervise your compliance with this condition.